UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO AZEVEDA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CABLE COMMUNICATIONS LLC, et al.,<br><br>　　　　　Defendants. | Case No. 5:19-cv-01225-EJD<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 39 |

Plaintiff requests leave to file a motion for reconsideration for this Court's October 11, 2019 Order, where the Court denied Plaintiff's motion to remand. Dkt. No. 38. Pursuant to Civil Local Rule 7-9, a party must show either that: (1) a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order and that the party reasonably did not know such fact or law at the time of the interlocutory order; (2) the emergence of new material facts or a change of law occurring after the order; or (3) the Court manifestly failed to consider material facts or dispositive legal arguments. N.D. Cal. Civ. L.R. 7-9(b). Plaintiff has not met that burden. He presents cases already presented in his original motion and already considered by this Court. He thus fails to identify new facts or law or arguments that the Court failed to consider in its original motion. Accordingly, Plaintiff's motion for reconsideration is **DENIED.**

　　　　**IT IS SO ORDERED.**

Dated: December 19, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:19-cv-01225-EJD
ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION
1